1   MELINDA HAAG (CABN 132612)
    United States Attorney
2
    J. DOUGLAS WILSON (DCBN 412811)
3   Chief, Criminal Division

4   TIMOTHY J. LUCEY (CABN 172332)
    Assistant United States Attorney
5
        150 Almaden Boulevard, Suite 900
6       San Jose, California 95113
        Telephone: (408) 535-5061
7       FAX: (408) 535-5066
        Timothy.lucey@usdoj.gov
8
    Attorneys for United States of America
9

FILED

FEB 1 3 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                        SAN JOSE DIVISION

13   UNITED STATES OF AMERICA,          )   No. CR 13-00579 LHK
                                        )
14          Plaintiff,                  )   STIPULATION AND [PROPOSED] ORDER
                                        )
15      v.                              )
                                        )
16   DWAYNE KENT SINGLETON              )
                                        )
17                                      )
            Defendant.                  )
18                                      )
                                        )
19                                      )
                                        )
20

21          WHEREAS, the parties were scheduled for a status hearing before this Court on Tuesday,

22   February 11, 2014, the defendant having previously made an initial appearance under Rule 5 of the

23   Federal Rules of Criminal Procedure in the Southern District of Texas in the Galveston Division on

24   February 4, 2014, in connection with the above-encaptioned matter pending in this District;

25          WHEREAS, Tad Nelson, Esq., having already made a general appearance as counsel for

26   DWAYNE KENT SINGLETON in the Rule 5 proceedings in the Southern District of Texas, intends to

27   represent Mr. Singleton once Mr. Singleton appears in this District on the Indictment returned by the

28   grand jury for this District, such that he is making arrangements to appear pro hac vice in this matter and

[PROPOSED] ORDER
CR 13-00579 LHK

1   furthermore needs to make arrangements to travel to this District to appear on behalf of Mr. Singleton;

2       WHEREAS, in light of the foregoing, counsel for the parties jointly agree and stipulate that a

3   continuance of this matter is appropriate in order to ensure effective preparation of counsel and

4   continuity of counsel, pursuant to 18 U.S.C. § 3161(h)(7), and that based on their respective calendars

5   and the period needed for the aforementioned discovery matters, an appropriate date for a status hearing

6   is Tuesday, February 18, 2014;

7       THEREFORE, the parties mutually and jointly stipulate that the matter be continued from

8   February 11, 2014, until February 18, 2014, and further jointly stipulate and agree that time should be

9   excluded from February 11, 2014, up to and including February 18, 2014.  The parties agree that

10   excluding time until February 18, 2014, is necessary, given the need to maintain continuity of counsel.

11   The parties also agree that failing to grant a continuance would deny counsel for the defense the

12   reasonable time necessary for effective preparation and continuity of counsel, taking into account the

13   exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7).   Finally, the parties agree that the ends of justice

14   served by excluding time from February 11, 2014, until February 18, 2014, outweigh the best interest of

15   the public and the defendant in a speedy trial. *Id.* § 3161(h)(7).

16

17      **IT IS SO STIPULATED**.

18   DATED: February 11, 2014        /s/ _____

19                                       TAD NELSON, ESQ.
                                      Attorney for DWYANE KENT SINGLETON

20   DATED: February 11, 2014        MELINDA HAAG

21                                       United States Attorney

22

23                                       /s/ _____

24                                       TIMOTHY J. LUCEY
                                      Assistant United States Attorney

25

26      **IT IS SO ORDERED.**

27   **DATED:** 2/13/14

28                                    **HONORABLE HOWARD R. LLOYD**
                                   **United States Magistrate Judge**

[PROPOSED] ORDER
CR 13-00579 LHK